**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
in the UNITED STATES DISTRICT COURT for the SOUTHERN DISTRICT of GEORGIA**

Nicholas Levi Johnson
1003389163
_____
_____

CV 426-071

(Enter above full name of plaintiff or plaintiffs)

v.

_____
_____
_____
_____

(Enter above full name of defendant or defendants)

I.     Previous lawsuits

    A.     Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?                     Yes _____  No __✓__

        If your answer to A is yes, describe each lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1.     Parties to this previous lawsuit:

            Plaintiffs:     _____
                                _____

            Defendants:     _____
                                  _____

        2.     Court (if federal court, name the district; if state court, name the county):

            _____

        3.     Docket number:     _____

        4.     Name of judge assigned to case:     _____

5.   Disposition
     (for example, was the case dismissed? appealed? is it still pending?):

     _____ N/A _____

6.   Approximate date of filing lawsuit: _____

7.   Approximate date of disposition: _____

8.   Were you allowed to proceed *in forma pauperis* (without prepayment of fees)?                        Yes _____ No __✓__

B.   While incarcerated or detained in any facility, have you brought any lawsuits in federal court which deal with facts other than those involved in this action?
                                         Yes _____ No __✓__

     If your answer to B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1.   Parties to previous lawsuit:

     Plaintiffs:   _____

     Defendants:   _____
                   _____

2.   Court (name the district):

     _____

3.   Docket number: _____

4.   Name of judge assigned to case: _____

5.   Disposition
     (for example, was the case dismissed? appealed? is it still pending?):

     _____

6.   Approximate date of filing lawsuit: _____

2

7.  Approximate date of disposition: _____

8.  Were you allowed to proceed *in forma pauperis* (without prepayment of fees)?                                    Yes _____  No ✓____

C.  As to any lawsuit filed in federal court where you were allowed to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim?                     Yes _____  No ✓____

1.  If your answer to C is yes, name the court and docket number for each case:

_____    _____

_____    _____

_____    _____

_____    _____

II.  Place of present confinement: *Coastal State Prison*

A.  Is there a prisoner grievance procedure in this institution? Yes ____ No ✓

B.  Did you present the facts relating to your complaint to the appropriate grievance committee?                     Yes ✓ No ____

C.  If your answer to B is yes:

1.  What steps did you take? *Told the officer* _____

_____

_____

_____

_____

2.  What was the result? *Nothing* _____

_____

_____

_____

_____

3

3.  Did you appeal any adverse decision to the highest level possible in the administrative procedure?                              Yes ___ No ✓

    If yes, what was the result? _____

    _____

    _____

    _____

D.  If you did not utilize the prison grievance procedure, explain why not: won't
    let me _____

    _____

    _____

III.  Parties

    (In Item A below, list your name as plaintiff and current address.  Provide the name and address of any additional plaintiffs on an attached sheet.)

A.  Name of plaintiff: Nicholas Levi Johnson
    Address: 200 Gulf Stream Rd. Garden City, Ga 31412
    P.O. Box 7150

    (In Item B below, list the defendant's full name, position, place of employment, and current address.  Provide the same information for any additional defendants in Item C below.)

B.  Name of defendant: _____
    Position: _____
    Place of employment: Coastal State Prison
    Current address: _____
    _____

C.  Additional defendants: _____

    _____

    _____

    _____

    _____

    _____

    _____

4

IV. Statement of Claim

State here as briefly as possible the FACTS in your case. Describe how each defendant is personally involved in the depriving you of your rights. You must include relevant times, dates, places, and names of witnesses. DO NOT GIVE LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

It all started on Monday, March 2025. We were on lockdown and Joseph Claxton made me touch his penis with my hand and tried to make me suck his penis in Room 126. I said that I did not want to touch his penis. And all the coastal State Prison Staff won't do anything to help me with my case. Please help. I would like to press charges against Joseph Claxton. I would like to sue coastal State Prison for $1 Billion.

5

V.   Relief

State briefly exactly what you want the court to do for you.  Make no legal arguments. Cite no cases or statutes.

Press charges on Joseph claxton and Sue Coastal State Prison for $1 Billion.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __13__ day of __November__, 19 25.
20

Prisoner No. __1003389163__        __Nicholas Johnson__
                                            (Signature of Plaintiff)

6